■ BARRY L. PALMER et al., Plaintiffs, v WRIGHT & KREMERS, INC., Appellant, and WILLIAM W. KIMMINS & SONS, INC., Respondent. (Appeal No. 2.)—Judgment unanimously affirmed without costs. Same memorandum as in *Palmer v Wright & Kremers, Inc.* (62 AD2d 1170). (Appeal from judgment of Niagara Supreme Court—negligence-indemnification.) Present—Cardamone, J. P., Dillon, Hancock, Jr., Denman and Witmer, JJ.

■ OZELLE VICKERS, Individually and on Behalf of All Others Similarly